## MERCK & CO. v. UNITED STATES.

### (Circuit Court, S. D. New York. December 19, 1905.)

#### No. 3,519.

CUSTOMS DUTIES—CLASSIFICATION—PARALDEHYDE—NONALCOHOLIC MEDICINAL PREPARATION.

Paraldehyde, though produced from aldehyde, which is a by-product in the distillation of alcohol, but contains no alcohol, is a medicinal preparation in the preparation of which alcohol is not used, within the meaning of Tariff Act July 24, 1897, c. 11, § 1, Schedule A, par. 68, 30 Stat. 154 [U. S. Comp. St. 1901, p. 1631].

On Application for Review of a Decision of the Board of United States General Appraisers.

In the decision below the Board of General Appraisers affirmed the assessment of duty by the collector of customs at the port of New York. The article passed on consisted of paraldehyde. It was classified under Tariff Act July 24, 1897, c. 11, § 1, Schedule A, par. 67, 30 Stat. 154 [U. S. Comp. St. 1901, p. 1631], as a medicinal preparation in the preparation of which alcohol was used, and was claimed by the importer to be covered by paragraph 68 (30 Stat. 154 [U. S. Comp. St. 1901, p. 1631]), as a medicinal preparation in the preparation of which alcohol was not used. The findings and conclusions of the Board appear from the following excerpt from its opinion:

"Lunt, General Appraiser. We find that the paraldehyde covered by these protests is a medicinal preparation in the preparation of which alcohol was used. It appears from the evidence that paraldehyde is immediately produced from aldehyde by the action of a mineral acid thereon; that aldehyde is obtained as a by-product in the manufacture of spirits, where it comes over with the first runnings, a portion of the alcohol being oxidized in the process of distillation, and is also cheaply obtained by the action of ozonized air upon alcohol. In these cases the collector decided that alcohol was used in the preparation of the paraldehyde, and specifically no evidence has been given to the contrary. * * * The Board, in G. A. 4,911 (T. D. 22,983), held that paraldehyde was dutiable at the rate assessed in these cases, and upon this further investigation we do not find any reason to hold to the contrary."

Further evidence admitted in the Circuit Court showed that aldehyde, from which paraldehyde is manufactured, is scientifically a distinct article from paraldehyde and is dealt in as a separate commercial commodity, and that it contains no alcohol; also, that as commercially produced it is not derived from alcohol, but is one of several by-products in the process of distilling alcohol, all of which (aldehyde, fusel oil, etc.), including the alcohol, are produced together at the same time and by the same process, the aldehyde being the first to come over, because its boiling point is lower than that of alcohol and the other distillates.

Comstock & Washburn (Albert H. Washburn, of counsel), for importers.

Charles Duane Baker, Asst. U. S. Atty.

PLATT, District Judge. The decision of the Board of General Appraisers is reversed.